UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                                            Case No. 18-20075
                                                                Hon. Sean F. Cox

Adam Dean Brown,

    Defendant.
_____/

## **ORDER DENYING MOTION FOR JUDGMENT OF ACQUITTAL**

This matter is currently before the Court on Defendant Adam Dean Brown's Motion for Judgment of Acquittal, pursuant to FED. R. CRIM. P. 29. (ECF No. 136). The Court previously reserved its decision on this motion and ordered briefing from the parties. Because the Court concludes that oral argument will not aid the decisional process, the Court will decide the motion on the parties' briefing. E.D. Mich. LCrR 12.1(a); LR 7.1(f)(2).

In considering a motion for judgment of acquittal under Rule 29, this Court must determine whether, after reviewing the evidence in the light most favorable to the prosecution, any rational trier of fact could find the elements of the crime beyond a reasonable doubt. *United States v. Abner,* 35 F.3d 251, 253 (6th Cir. 1994); *United States v. Meyer*, 359 F.3d 820, 826 (6th Cir. 1979). In doing so, the Court does not weigh the evidence, consider the credibility of witnesses, or substitute its judgment for that of the jury. *Id.*

The Sixth Circuit has explained that a defendant claiming insufficiency of the evidence "bears a very heavy burden." *Abner,* 35 F.3d at 253. On review, all evidence must be construed in a manner most favorable to the Government. Moreover, circumstantial evidence alone is sufficient to sustain a conviction. *Id.*

Having considered Brown's motion, and viewing all of the evidence presented at trial in the light most favorable to the prosecution, the Court concludes that a rational trier of fact could find the essential elements of each of the crimes charged, beyond a reasonable doubt.

Accordingly, **IT IS ORDERED** that the motion for judgment of acquittal is **DENIED.**

**IT IS SO ORDERED.**

> s/Sean F. Cox
> Sean F. Cox
> United States District Judge

Dated: September 25, 2019