UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                             Case No. 18-20075

Adam Dean Brown,                 Sean F. Cox
                                                  United States District Court Judge

    Defendant.

_____/

## ORDER GRANTING MOTION TO STRIKE *PRO SE* FILING

On September 5, 2019, a jury convicted Defendant Adam Dean Brown on three charges related to his participation in a fentanyl and heroin dealing conspiracy. The jury also found that the drugs that Brown had sold caused death and serious bodily injury. (ECF No. 140).[1] Brown is currently awaiting sentencing.

After trial, Brown was appointed new counsel. On February 19, 2020, Brown's new counsel filed a motion for leave to file an out-of-time motion for a new trial. (ECF No. 167). On April 16, 2020, the Court denied this motion. (ECF No. 169).

On May 13, 2020, Brown filed a *pro se* motion for reconsideration of the Court's April 16, 2020 order. (ECF No. 171). On June 4, 2020, the Government filed a motion to strike Brown's *pro se* motion, arguing that the Court should not allow Brown to file *pro se* motions while he is represented by counsel. (ECF No. 172).

Because Brown has counsel, his motion is an attempt to proceed in a "hybrid" fashion, through counsel and *pro se* by way of his filings. *See McKaskle v. Wiggins*, 465 U.S. 168, 183

---

[1] Brown also pleaded guilty to several other drug-related charges immediately before trial.

1

(1984). Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even represent themselves, *see Farretta v. California*, 422 U.S. 806 (1975), the right of self-representation does not include the right to proceed in a hybrid manner. *McKaskle*, 465 U.S. at 183. The Court will not allow Brown to do so here and therefore **GRANTS** the Government's motion to strike (ECF No. 172), and **STRIKES** Brown's *pro se* motion. (ECF No. 171). Brown may seek relief from this Court through his counsel.

    **IT IS SO ORDERED.**

    s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: June 9, 2020