UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                       Case No. 18-20075

Adam Dean Brown,              Honorable Sean F. Cox

    Defendant.

_____/

## ORDER STRIKING DOCKET ENTRY NO. 191

Defendant Adam Dean Brown ("Defendant") is represented by counsel in this action and is scheduled to be sentenced by this Court on October 13, 2021.

Nevertheless, acting *pro se*, on August 9, 2021, Defendant filed a "Motion for Compliance with CJA-24" (ECF No. 191).

Since Defendant has counsel, Defendant is attempting to proceed in a "hybrid" fashion, both through his counsel and *pro se* by way of his motion. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even represent themselves, *see Farretta v. California*, the right of self-representation does not include the right to proceed in a hybrid manner. *McKaskle*, 465 U.S. at 183; *see also United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). This Court will not allow Defendant to proceed in a hybrid manner in this action.

Accordingly, **IT IS ORDERED** that Docket Entry No. 191 is hereby **STRICKEN**.

       **IT IS SO ORDERED.**

                         s/Sean F. Cox
                         Sean F. Cox
                         United States District Judge

Dated: September 2, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 2, 2021, by electronic and/or ordinary mail.

                         s/J. McCoy
                         Case Manager